IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Alicia D.,[1] | ) | C/A No.: 1:21-2249-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Kilolo Kijakazi, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). [ECF No. 34]. On February 22, 2022, the court issued an order reversing the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), and remanding the action for further administrative proceedings. [ECF No. 32]. On March 2, 2022, Plaintiff filed this motion seeking $7,900 in attorney fees and $402 in costs.[2] [ECF No. 34]. The Commissioner subsequently filed the parties' stipulation to the amounts specified in Plaintiff's motion. [ECF No. 35]. Given the parties' agreement and Plaintiff's attorneys' representations in their motion and in accordance with 28 U.S.C. § 2412(d), the court grants the

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

[2] Plaintiff requests reimbursement of the court's filing fee. [ECF No. 34 at 1].

motion and directs the Commissioner to pay Plaintiff $8,302.[3] This payment shall constitute a complete release from and bar to any further claims that Plaintiff may have under the EAJA to fees, costs, and expenses incurred in connection with disputing the Commissioner's decision. This award is without prejudice to the rights of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Under *Astrue v. Ratliff*, 560 U.S. 586, 595–97 (2010), EAJA fees awarded by this court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Therefore, the court orders the EAJA fee be paid to Plaintiff through payment delivered to Plaintiff's counsel.[4]

IT IS SO ORDERED.

March 4, 2022  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

---

[3] Attorney fees of $7,900.00 shall be paid out of agency funds and costs of $402.00 shall be paid out of the Judgment Fund by the Department of the Treasury.

[4] Plaintiff's counsel may disburse these funds to satisfy valid liens or in accordance with a lawful assignment.